IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Case No. 8:08CR76 |
| vs. | ) | ORDER TO WITHDRAW EXHIBITS |
| DAYLAN DEWAN DORTCH, | ) | |
| Defendant. | ) | |

_____   _____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Case No. 8:08CR77 |
| vs. | ) | ORDER TO WITHDRAW EXHIBITS |
| JAMES TYRELL DORTCH, | ) | |
| Defendant. | ) | |

Pursuant to NECivR 79.1(f) or NECrimR 55.1(g), counsel for the government are ordered to withdraw the following exhibits previously submitted in this matter within 15 calendar days of the date of this order:

Government exhibit  1 - detention hearing held 3/24/08

Government exhibits 1 through 12 - suppression hearing  held 4/24/08

If counsel fail to withdraw these exhibits as ordered, counsel will be ordered to show cause why sanctions should not be imposed.

IT IS SO ORDERED.

DATED this 4th day of December, 2008.

s/ Joseph F. Bataillon
United States District Judge