UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 8:08CR76 |
| ) | |
| vs. ) | **FINAL ORDER OF** |
| ) | **FORFEITURE** |
| ) | |
| DAYLAN DORTCH, ) | |
| ) | |
| Defendant. ) | |

NOW ON THIS 5th day of December, 2008, this matter comes on before the Court upon the United States' Motion for Final Order of Forfeiture. The Court reviews the record in this case and, being duly advised in the premises, find as follows:

1. On September 23, 2008, the Court entered a Preliminary Order of Forfeiture pursuant to the provisions of Title 18, United States Code, Sections 922(g), 924(d) and Title 28, United States Code, Section 2461, based upon the Defendant's plea of guilty to Counts I and II of the Indictment filed herein. By way of said Preliminary Order of Forfeiture, the Defendant's interest in a Hi Point 9mm pistol was forfeited to the United States.

2. Notice of Criminal Forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least thirty consecutive days, beginning on September 29, 2008, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. A Declaration of Publication was filed herein on December 3, 2008 (Filing No. 45).

3. The Court has been advised by the United States no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

    4.  The Plaintiff's Motion for Final Order of Forfeiture should be sustained.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

    A.  The Plaintiff's Motion for Final Order of Forfeiture is hereby sustained.

    B.  All right, title and interest in and to the Hi Point 9mm pistol, held by any person or entity, is hereby forever barred and foreclosed.

    C.  The Hi Point 9mm pistol, be, and the same hereby is, forfeited to the United States of America .

    D.  The United States Bureau of Alcohol, Tobacco and Firearms for the District of Nebraska is directed to dispose of said property in accordance with law.

DATED this 5th day of December, 2008.

                                              **BY THE COURT:**

                                          s/ Joseph F. Bataillon
                                          **JOSEPH F. BATAILLON, CHIEF JUDGE**
                                          **United States District Court**